**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERESA SAWA,<br><br>                    Plaintiff,<br><br>v.<br><br>MENARD, INC. and MENARDS,<br><br>                    Defendants. | Case No.: 1:24-cv-04727<br><br>Honorable Jorge T. Alonso<br><br>Honorable Jeffrey T. Gilbert<br>Magistrate Judge |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's November 15, 2024 MINUTE entry [Doc. #21], Defendant, MENARD, INC., by and through its undersigned attorneys, hereby advises the Court that Plaintiff, TERESA SAWA, has responded to Defendant's outstanding discovery requests.

DATED: November 19, 2024

Respectfully submitted,

**MENARD, INC.**

By: */s/ Joseph S. Davidson*

W. Anthony Andrews
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com