**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA SAWA, | ) | |
|        Plaintiff, | ) | |
| v. | ) | Case No.: 1:24-cv-04727 |
| | ) | Honorable Jorge Alonso |
| MENARD INC., | ) | |
| MENARDS, | ) | Honorable Jeffrey T. Gilbert |
| | ) | Magistrate Judge |
|        Defendants. | ) | |

**NOTICE OF PLAINTIFF'S MOTION TO REMAND TO THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS**

**PLEASE TAKE NOTICE** that on February 19, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff TERESA SAWA, by and through counsel, shall move before the Honorable Jorge Alonso, United States District Judge of the United States District for the Northern District of Illinois, for an Order for Remand to the Circuit Court of Cook County, Illinois.

Dated: February 12, 2025

                                                   */s/ Cole R. Hawkins*
                                                   Cole R. Hawkins
                                                   Attorney for Plaintiff

HURLEY McKENNA & MERTZ, P.C.
Attorneys for Plaintiff
20 S. Clark Street, Suite 2250
Chicago, Illinois 60603
(312) 553-4900
chawkins@hurley-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on February 12, 2025, with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: February 12, 2025                                                  */s/ Britton Whitlock*
                                                                                            Britton Whitlock