**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERESA SAWA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MENARD, INC. and MENARDS,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-04727<br><br>Honorable Jorge T. Alonso<br><br>Honorable Jeffrey T. Gilbert<br>Magistrate Judge |

## JOINT STATUS REPORT

Pursuant to the Court's June 13, 2025 MINUTE entry [Doc. #54], Plaintiff, TERESA SAWA and Defendant, MENARD, INC., by and through their undersigned attorneys, jointly submit this status report:

1. Defendant will depose Plaintiff's disclosed Rule 26(a)(2)(C) witnesses: Andrew Macri, D.O.; Anton Fakhouri, M.D.; and Yaw Donkoh, M.D.

2. Accordingly, Defendant will be unable to make its Rule 26(a)(2) disclosures by the current deadline of July 28, 2025, and requests that the deadline be extended.

3. Defendant respectfully requests that the Court schedule the settlement conference to occur prior to the depositions of Plaintiff's Rule 26(a)(2)(C) witnesses.

4. Defendant shall supplement its May 14, 2025, settlement letter to address the issues of causation and damages on or before June 23, 2025.

5. Plaintiff shall respond to Defendant's supplemental settlement letter on or before July 9, 2025.

| | |
|---|---|
| DATED: June 19, 2025 | Respectfully submitted, |
| **TERESA SAWA** | **MENARD, INC.** |
| By: */s/ Coleman R. Hawkins* | By: */s/ Joseph S. Davidson* |
| Coleman R. Hawkins<br>Hurley McKenna & Mertz, P.C.<br>20 S. Clark St. | W. Anthony Andrews<br>Joseph S. Davidson<br>Ottosen DiNolfo Hasenbalg & Castaldo, Ltd. |

Suite 2250  
Chicago, IL 60603  
(312) 553-4900  
chawkins@hurley-law.com

1804 N. Naper Blvd.  
Suite 350  
Naperville, IL 60563  
(630) 682-0085  
wandrews@ottosenlaw.com  
jdavidson@ottosenlaw.com